No. 616. SMITH, TREASURER OF ALASKA, *v.* FREEMAN. February 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

*Mr. John Rustgard* for petitioner. *Mr. Martin J. Lund* for respondent.